# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.  4:21-CR-00095-01-JM

NAKIA HARRIS

## ORDER

Defendant's Motion to Reduce Sentence is (Doc. No. 40) is DENIED.

Applying retroactive guideline Amendment 821 reduces Defendant's criminal history score from 11 to 10. However, his criminal history category remains V, which means his guideline range has not changed.

IT IS SO ORDERED this 7th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE